1

2

3

4

5               UNITED STATES DISTRICT COURT

6               EASTERN DISTRICT OF CALIFORNIA

7

8    EDILBRANDO G. BANDULA,          )        1:06-cv-00853-OWW-TAG-HC
                                     )
9          Petitioner,               )        ORDER DENYING MOTION FOR
                                     )        APPOINTMENT OF COUNSEL
10             v.                    )        (DOCUMENT #6)
                                     )
11   MARK WIMBISH,                   )
                                     )
12                                   )
           Respondent.               )
13   _____)

14          Petitioner has requested the appointment of counsel.  There currently exists no absolute

15   right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d

16   479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.),

17   cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment

18   of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules

19   Governing Section 2254 Cases.  In the present case, the Court does not find that the interests of

20   justice would be served by the appointment of counsel at the present time.  Accordingly, IT IS

21   HEREBY ORDERED that Petitioner's request for appointment of counsel is denied.

22

23   IT IS SO ORDERED.

24   Dated:   **August 3, 2006**                        **/s/ Theresa A. Goldner**
     **j6eb3d**                                  UNITED STATES MAGISTRATE JUDGE
25

26

27

28