1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDILBRANDO BANDULA,<br><br>                    Petitioner,<br><br>        v.<br><br>MARK WIMBISH,<br><br>                    Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1:06-cv-00853-OWW-TAG HC

ORDER ADOPTING REPORT AND
RECOMMENDATION
(Doc. 9)

ORDER DISMISSING AMENDED PETITION
FOR WRIT OF HABEAS CORPUS
(Doc. 4)

ORDER DIRECTING CLERK OF COURT TO
ENTER JUDGMENT

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On August 1, 2006, the Magistrate Judge assigned to the case filed a Report and Recommendation recommending that Respondent's Motion to Dismiss the petition be GRANTED and that the petition for writ of habeas corpus be DISMISSED for RIPENESS.  (Doc. 9).  The Report and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order.  On August 14, 2006, Petitioner filed objections to the Magistrate Judge's Report and Recommendation.  (Doc. 12).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

1

*novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Report and Recommendation is supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation issued August 1, 2006 (Doc. 9), is ADOPTED IN FULL;

2. The amended petition for writ of habeas corpus (Doc. 4), is DISMISSED; and,

3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:     September 23, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                                                  UNITED STATES DISTRICT JUDGE

2